UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                              **3:05CR27-001/RV**

**KAYTRENA J. FRANCIS**

___

### ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on November 29, 2005; there appearing Assistant U.S. Attorney Tiffany Sims; and the defendant, Kaytrena J. Francis; appearing in person with counsel, Assistant Federal Public Defender Charles Lammers; and after receiving testimony, the Court did find the defendant in violation of probation as to Violation Numbers 1 and 3 of the Petition for Warrant or Summons for Offender Under Supervision dated November 3, 2005.  The Court orders the defendant be continued under supervision, with the following additional special conditions:

> Special Condition #1: "The defendant shall be imprisoned for a term of 48 hours and be remanded to the custody of the United States Marshal immediately."

> Special Condition #2: "The defendant shall participate in mental health and anger management counseling to be arranged through the U.S. Probation officer as quickly as possible."

> In all other respects, the previous judgment remains in full force and effect.

> DONE AND ORDERED this 29th day of November, 2005.

/s/ *Roger Vinson*
**Roger Vinson**
**Senior U.S. District Judge**